# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

130376

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONALD McLEAN and CHRISTINE
McLEAN, Co-Personal Representatives
of the Estate of Karen McLean, Deceased,
            Plaintiffs-Appellants,

v                                                          SC: 130376
                                                           COA: 257540
                                                           Chippewa CC: 03-006994-NH

ROBERT B. McELHANEY, M.D.,
MAUREEN PHENIX, MSW, CSW,
SAMUEL W. HARMA, and HIAWATHA
BEHAVIORIAL HEALTH,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

_____
Clerk